# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MOORE and WALTER MOORE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Safeco. | Case No. CV 11-01891 DMG (AJWx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order re Plaintiffs' Motions for Partial Summary Judgment and Safeco's Cross-Motions for Partial Summary Judgment, filed on August 7, 2012,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Safeco Insurance Company of America and against Plaintiffs Judith Moore and Water Moore.

DATED:　　August 8, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE